1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  GRIFFIN ESTES, BAR #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANTHONY RAY MINOR
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:22-cr-00177-DAD-BAM

12              Plaintiff,                **STIPULATION REGARDING LAW
                                          LIBRARY ACCESS; ORDER**
13       vs.

14  ANTHONY RAY MINOR,

15              Defendant.

16

17

18       The parties, through their respective counsel, Assistant United States Attorney Jessica

19  Massey, counsel for the plaintiff, and Assistant Federal Defender Griffin Estes, counsel for

20  Anthony Ray Minor hereby stipulate to the following:

21       1. Mr. Minor is currently incarcerated at the Fresno County Jail.

22       2. Mr. Minor is currently representing himself, pro se, in a matter pending before the

23          Fifth Circuit Court of Appeals. The case is 3:18-cv-00093-L-BH.

24       3. Because Mr. Minor is representing himself, he should have access to the law library

25          while incarcerated at the Fresno County Jail.

26  //

27  //

28  //

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PHILIP TALBERT<br>United States Attorney |
| Date: July 20, 2022 | */s/ Jessica Massey*<br>JESSICA MASSEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 20, 2022 | /s/ *Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANTHONY RAY MINOR |

# **O R D E R**

The parties' request the Court order that Mr. Minor be given access to the law library at the Fresno County Jail. That request is **DENIED**. The Court lacks jurisdiction over the Fresno County Jail to order the Jail or Jail officials to engage in any particular conduct. The parties may direct their concerns to the U.S. Marshals Service.

IT IS SO ORDERED.

Dated:   **July 20, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE