PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MINOR,<br><br>Defendant. | CASE NO. 1:22-CR-00177-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: December 12, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on defendant's motion to dismiss (Doc. 43) on December 2, 2022. Doc. 46.

2. At a status date on the case on November 9, 2022, the Court noted the hearing on defendant's motion was scheduled for December 2, 2022, and excluded time until that date due to the pendency of defendant's motion. Doc. 48.

3. On November 17, 2022, the Court issued a minute order rescheduling defendant's motion hearing until December 12, 2022. Doc. 50.

4. The parties hereby agree and stipulate that time shall be excluded from the original motion hearing date of December 2, 2022, to the new motion hearing date of December 12, 2022,

pursuant to 18 U.S.C.§ 3161(h)(1)(D) due to the pending defense motion.

    IT IS SO STIPULATED.

Dated: November 17, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

Dated: November 17, 2022

/s/ GRIFFIN ESTES
GRIFFIN ESTES,
Counsel for Defendant
ANTHONY MINOR

IT IS SO ORDERED.

    Dated:   November 18, 2022

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2