HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
GRIFFIN ESTES, BAR #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANTHONY RAY MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY RAY MINOR,<br><br>Defendant. | Case No. 1:22-cr-00177-DAD-BAM<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Anthony Minor, that the Court may vacate the motion hearing currently scheduled for December 12, 2022, at 10:00 a.m. and continue the motion hearing to December 19, 2022, at 10:00 a.m.

   The parties agree and request that the Court make the following findings:

   1.   By previous order, this matter was set for a motion to dismiss hearing on December 12, 2022.  The parties agree and stipulate that this Court may continue the motion hearing to December 19, 2022, at 10:00 a.m.

   2.   Time is excluded until December 19, 2022 pursuant to 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILIP TALBERT
United States Attorney

Date: December 11, 2022

*/s/ Jessica Massey*
JESSICA MASSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 11, 2022

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ANTHONY RAY MINOR

# **O R D E R**

The Court hereby orders that the motion hearing currently scheduled for December 12, 2022, at 10:00 a.m. is continued to December 19, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 11, 2022

_____
UNITED STATES DISTRICT JUDGE

Minor – Stipulation                    2