PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ANTHONY MINOR,<br><br>                 Defendant. | CASE NO. 1:22-CR-00177-DAD-BAM<br><br>REQUEST TO PLACE MATTER ON CALENDAR AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: January 17, 2023 (off calendar)<br>TIME:<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.      By previous order, this matter was set for a further hearing on defendant's motion to dismiss (Doc. 43) on January 17, 2023. Doc. 62, 63. Time was excluded until that date. Doc. 62.

2.      On January 13, 2023, the Hon. Ana de Alba issued an Order denying defendant's motion to dismiss (Doc. 64) and ordered the matter be taken off calendar. Doc 65.

3.      The parties now request the Court calendar this matter for a status conference on January 25, 2023, and hereby agree and stipulate that time shall be excluded from January 17, 2023, to the new status conference date of January 25, 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4.      The parties anticipate that this matter will resolve with a plea agreement. If defendant ultimately does not enter a guilty plea and decides to proceed to trial, the parties agree and stipulate, and request that the Court find the following:

a)      The government asserts that discovery has been provided to counsel. The government is aware of its ongoing discovery obligations.

b)      The government will provide an updated plea agreement to counsel on today's date.

c)      Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 17, 2023 to January 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  January 17, 2023

PHILLIP A. TALBERT
United States Attorney

2

3

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

4

5

/s/ GRIFFIN ESTES

6

Dated:  January 17, 2023

GRIFFIN ESTES,
Counsel for Defendant
ANTHONY MINOR

7

8

## **ORDER**

9

IT IS SO ORDERED that a status conference is set for **January 25, 2023, at 1:00 p.m. before**

10

**Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A),

11

B(iv).

12

13

IT IS SO ORDERED.

14

Dated:  __**January 18, 2023**__          ____ /s/ *Barbara A. McAuliffe* ____

15

UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28