HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
GRIFFIN ESTES, BAR #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANTHONY RAY MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00177-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| ANTHONY RAY MINOR, | |
| Defendant. | |

      This matter is currently scheduled for a status conference on June 14, 2023. Doc. 81. On May 23, 2023, the Court directed the parties to file a joint status report; or in the alternative, to file a stipulation to continue the status conference. Doc. 85. The parties have agreed that further time is necessary for defense investigation, review of discovery, trial preparation, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

//

//

//

//

//

The parties agree and request that the Court make the following findings:

1. By this stipulation, defendant now moves to continue the status conference until September 13, 2023, and to exclude time between June 14, 2023, and September 13, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

2. Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and/or copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

3. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 14, 2023 to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILIP TALBERT
United States Attorney

Date: May 31, 2023

*/s/ Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 31, 2023

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ANTHONY RAY MINOR


**ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 31, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Minor – Stipulation                                        3