HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
GRIFFIN ESTES, BAR #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANTHONY RAY MINOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00177-ADA-BAM |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR REMOTELY FOR STATUS CONFERENCE; ORDER** |
| vs. | |
| ANTHONY RAY MINOR, | |
| Defendant. | |

This matter is currently scheduled for a status conference on September 13, 2023. ECF Dckt. # 87. The parties filed a status report on September 7, 2023. ECF Dckt. # 90. In that status report, the parties indicated that they wanted to appear in court for the status conference. *Id*.

Mr. Minor is currently in custody and being housed at the Central Valley Annex. Given the distance from the Courthouse and the complexity of traveling to court for this appearance, he requests permission to appear via zoom for his status conference.

HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2023

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ANTHONY RAY MINOR

**O R D E R**

The Court DENIES defendant Anthony Minor's request for a remote appearance at the September 13, 2023 hearing.

IT IS SO ORDERED.

Dated:   **September 11, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE